# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE CO., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 05-1831 |
| SIGMA COATINGS USA B.V., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that a settlement has been reached in this action. It is ORDERED that this cause be dismissed on the merits, without prejudice to the right of any party to move for reinstatement within 30 days. It is further ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to reurge those motions must do so within 10 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

Signed at Houston, Texas, this 3rd day of January, 2006

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**